UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMILA MITCHELL, | * | CIVIL ACTION NO. 6:12-cv-02151-RTH-CMH |
| | * | |
| Plaintiff, | * | JUDGE:  RICHARD T. HAIK |
| | * | |
| VERSUS | * | MAGISTRATE:    C. MICHAEL HILL |
| | * | |
| DAVID M. VIETH, D.D.S. (individually and officially); DAVID VEITH, D.D.S., a Professional corporation doing business as KOOL SMILES (trade mark), et al | * * * * * * * | |
| Defendants. | * | |
| ****************************** | | |

## MOTION TO EXTEND DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, JAMILA MITCHELL, who with respect represents:

1.

Due to computer crash and change in internet service provider, Plaintiff received service of Motions for Summary Judgment on or about October 22, 2013, though the service date on the order is October 17, 2013.

2.

Defense counsel waited until October 18, 2013, but plaintiff did not receive those documents until October 22, 2013, to respond to plaintiff's discovery and in total served, in response to request for production of documents, over 6000 documents to the plaintiff.

3.

Due to the number of documents to be reviewed by plaintiff, plaintiff needs additional time in which to respond to the motions for summary judgments.

4.

As such, Claimant requests this court to issue an order to extend deadlines to respond to the summary judgments filed by the defendants.

5.

Wherefore Petitioner prays that this court issues and Order to Extend deadlines of the response to the summary judgments.

                s/Gloria A. Angus

GLORIA A. ANGUS
Louisiana Bar No. 10914
ANGUS LAW FIRM, LLC
627 E. VINE STREET
OPELOUSAS, LOUISIANA  70570
P.O. BOX 2337
OPELOUSAS, LA  70571
(337) 948-8800 (OFFICE)
(337) 948-8777 (FAX)
angusg@bellsouth.net
gloria@anguslawfirm.com

COUNSEL FOR THE PLAINTIFF,
JAMILA MITCHELL

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed a copy of the foregoing

Motion for Extension of all deadlines with the Clerk of Court using the CM/ECF system, which will provide notice to:
KEITH M. PYBURN
MICHELLE ANDERSON
201 ST. CHARLES AVENUE, SUITE 3710
NEW ORLEANNS, LOUISIANA  70170

                s/Gloria A. Angus
                GLORIA A. ANGUS