U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

NOV 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

LAFAYETTE DIVISION

JAMILA MITCHELL,  * CIVIL ACTION NO. 6:12-cv-02151-RTH-CMH
 *
Plaintiff,  * JUDGE: RICHARD T. HAIK
 *
VERSUS  * MAGISTRATE:  C. MICHAEL HILL
 *
DAVID M. VIETH, D.D.S. (indi- *
vidually and officially); DAVID *
VEITH, D.D.S., a Professional *
corporation doing business as *
KOOL SMILES (trade mark), et *
al *
Defendants.  *
*******************************

## ORDER

IT IS HEREBY ORDERED that the plaintiff, **JAMILA MITCHELL** be, and is hereby, granted an extension of time to file responsive pleadings to defendants' motions for summary judgments.

IT IS FURTHER ORDERED that plaintiff, JAMILA MITCHELL, respond to defendants' motions for summary judgments on _____26th_____ day of ___November___, 2013.

LAFAYETTE, LOUISIANA, this __15th__ day of __November__, 2013.

_____
JUDGE